__WRF No. 4102520__
Name and Prisoner/Booking Number

__Rio Cosumnes Correctional Center__
Place of Confinement

__RCCC 12500 Bruceville Rd__
Mailing Address

__Elk Grove, CA. 95757__
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED

MAY 0 2 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

__Scott Richard Price__,  )
(Full Name of Plaintiff)   )
                 Plaintiff, )
                            )
           v.               )  CASE NO. __2:22-cv-0745-AC__
                            )        (To be supplied by the Clerk)
(1) __Judge WHITE__,        )
(Full Name of Defendant)    )
(2) __Judge Sawtelle__,     )
                            )         CIVIL RIGHTS COMPLAINT
(3) __Judge Jeremy Peterson__,)            BY A PRISONER
                            )
(4) __Judge Deborah Barnes__,)  ☐ Original Complaint
                            )   ☒ First Amended Complaint
              Defendant(s). )   ☐ Second Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them. )

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    ☐ Other: __28 U.S.C. 1343(a); 42 U.S.C. 1983__

2. Institution/city where violation occurred: __Elk Grove California RCCC__

Revised 3/15/2016                          1

## B. DEFENDANTS

1. Name of first Defendant: **STEVE WHITE**. The first Defendant is employed as: **California Superior Judge** at **Sacramento County**.
   (Position and Title) (Institution)

2. Name of second Defendant: **Ernest Sawtelle**. The second Defendant is employed as: **California Superior Judge** at **Sacramento County**.
   (Position and Title) (Institution)

3. Name of third Defendant: **Jeremy Peterson**. The third Defendant is employed as: **Magistrate Judge** at **Sacramento County**.
   (Position and Title) (Institution)

4. Name of fourth Defendant: **Deborah Barnes**. The fourth Defendant is employed as: **Magistrate Judge** at **Sacramento County**.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Price** v. **White**
      2. Court and case number: **34-2022-00317985**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending**

   b. Second prior lawsuit:
      1. Parties: **Price** v. **Sawtelle**
      2. Court and case number: **34-2022-00318029**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending**

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

1. State the constitutional or other federal civil right that was violated: **Civil Rights Confidential Under the California Constitution**

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities    ☐ Mail    ☒ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer    ☒ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   "IN RE:" Supporting Facts on the date of, April 03, 2022, Plaintiff sent all the Defendants listed Sworn Court letters regarding a Life Threat and has not been Scheduled for Court Hearing of the matter as requested multiple times.

   One Attached document

   Document Claim Form (1) and (2) is Confidential under the California Constitutional Law Civil Rights

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _____
   _____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?    ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?    ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. **Appeal was Denied by Superior Court, Sacramento County,**

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## ■ REQUEST FOR RELIEF

State the relief you are seeking:

_Compensation Total to determine_
_Dismissal of Current Charges_
_Appeal Granted_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04-27-2022__
      DATE

_Pro-Per_

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff,
Scott Richard Price
X-REF# 4102520

VS.

DEFENDANT (S)
SUPERIOR Judge, WHITE
SUPERIOR Judge, SAWTELLE
Magistrate Judge, Peterson
Magistrate Judge, Barnes

On the date of, 04-03-22, Plaintiff sent all the listed Court Judges Sworn letters regarding a Life Threat and has not been Scheduled For a Court hearing as requested. PURSUANT TO 28 U.S.C. 1915 Plaintiff is indigent and Can't Pay the Filing Fee or the administrative Fee. Certified Copy of recent Jail account Form is attached as proof. I declare under penalty of perjury under the laws of the State of California that the Foregoing is True and Correct.

DATE: 04-27-2022                    Scott Price