UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RICHARD PRICE, | No. 2:22-cv-0745 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| STEVE WHITE, et al., | |
| Defendant. | |

Plaintiff, a county prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 5, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. EF No. 5. Plaintiff has filed objections to the findings and recommendations. ECF No. 15.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on May 5, 2022 (ECF No. 5), are adopted in full.

2. The complaint is dismissed without leave to amend for failure to state a claim.

3. Plaintiff's motions for preliminary injunction and damages (ECF Nos. 7, 10) are denied.

Dated: July 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4.