UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RICHARD PRICE,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVE WHITE, et al.,<br><br>  Defendants. | No. 2:22-cv-0745 WBS AC P<br><br><br>ORDER |

On September 12, 2022, plaintiff, a county inmate, filed a motion for a hearing. ECF No. 18. This civil rights action was closed on July 5, 2022. ECF Nos. 16, 17.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a hearing (ECF No. 18) is DENIED.

DATED: September 26, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1